IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLEO BERGERON,

     Plaintiff,

v.                                                                    CASE NO.   4:16mc15-RH/CAS

POLLACK & ROSEN,
MARK E. POLLACK,
and JOSEPH F. ROSEN,

     Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.  The clerk must close this miscellaneous file and open a civil case, docketing the petition as a complaint.  The clerk must scan and docket under seal

the exhibits tendered with the petition and return the originals to the plaintiff.

SO ORDERED on June 13, 2016.

s/Robert L. Hinkle<br>United States District Judge

Case No.   4:16mc15-RH/CAS